UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-40039 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Attempted Enticement of a Minor using the Internet |
| JONAH EARL SEVERSON, | 18 U.S.C. § 2422(b) |
| Defendant. | |

The Grand Jury Charges:

Between on or about March 6, 2023, and March 15, 2023, in the District of South Dakota, and elsewhere, the Defendant, Jonah Earl Severson, did attempt to use a facility and means of interstate commerce, that is, a cell phone and the internet, to knowingly persuade, induce, entice, and coerce an individual, who had not yet attained the age of 18, namely an undercover law enforcement officer posing as a 15 year-old female, to engage in sexual activity for which the Defendant could be charged with a criminal offense, namely, criminal sexual conduct in violation of South Dakota Codified Law §§ 22-22-1, 22-22-7, and 22-22-24.3, all in violation of 18 U.S.C. § 2422(b).

**FORFEITURE ALLEGATION**

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2428.

2. If convicted of an offense set forth above, Jonah Earl Severson, the Defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the commission of the offense. Such property includes, but is not limited to:

    a.    A Galaxy S21 cell phone with serial number: R3CNCOKOPOE.

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____

Defendant:   Jonah Earl Severson

Penalties:   Mandatory minimum of 10 years in prison and a maximum of life imprisonment; $250,000 fine; supervised release: a minimum term of 5 years up to life.

Revocation:   violations could result in the Defendant being incarcerated up to 5 years upon each revocation, with one exception: A term of imprisonment up to life if the Defendant commits any felony offense listed under Chapter 109A (sexual abuse), 110 (sexual exploitation of children), or 117 (transport for illegal sexual activity), or Section 1201 (kidnapping) or 1591 (sex trafficking of children or by force, fraud, or coercion) of Title 18.

There is a $5,100 special assessment to the Victims' Assistance Fund. Restitution.

Date Filed:   April 12, 2023.