# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP<br>Courtroom - SF #2<br>U.S. Probation Officer – Rena Jensen | Court Reporter – Carla Dedula<br>Date – January 29, 2024 |

4:23-CR-40039-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JONAH EARL SEVERSON<br><br>Defendant. | Jeffrey C. Clapper<br><br><br><br><br>Amanda D. Kippley |

TIME HEARING SCHEDULED TO BEGIN: 2:00 PM

TIME:

2:00 PM   Enter non-evidentiary sentencing hearing

Defendant sentenced to 120 months' imprisonment, to run concurrent to any sentence imposed in Minnehaha County in case 49CRI23-001614; five years' supervised release; $100 special assessment; JVTA assessment is waived; forfeiture of items as stated by the Court.

2:26 PM   Court adjourned